IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

        Plaintiff,                       No. CIV S-12-0316 JAM EFB P

    vs.

B. COLVIN, et al.,

        Defendants.                ORDER

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to submit an application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's March 12, and March 15 2012, requests are granted to the extent that plaintiff has 30 days from the date this order is served to submit an application to proceed *in forma pauperis*. Absent good cause, the court does not intend to grant additional requests for extensions of time. Failure to comply with this order will result in a recommendation that this action be dismissed.

        So ordered.

DATED: March 20, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE