IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

     Plaintiff,                    No. 2:12-cv-0316 JAM EFB P

     vs.

B. COLVIN, et al.,

     Defendants.

FINDINGS AND RECOMMENDATIONS

     Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). *See* 28 U.S.C. § 636.

     On August 3, 2012, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and informed plaintiff that he could proceed on his Eighth Amendment claim against defendant Colvin, or alternatively, that he could amend his complaint to attempt to cure the complaint's deficiencies, which were identified for plaintiff in the order. Dckt. No. 15. After an extension of time, Dckt. No. 17, and multiple warnings that failure to comply with the court's order could result in a recommendation of dismissal, Dckt. Nos. 15, 17, 19, plaintiff has failed to comply with the court's order.

////

1    Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to
2 prosecute.  Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110.
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated: October 17, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2